UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED HARRIS,<br><br>        Petitioner,<br><br>    v.<br><br>SUPREME COURT OF CALIFORNIA,<br><br>        Respondent. | No. LA CV 17-06570-VBF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: January 23, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK

United States District Judge