JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARED HARRIS,** | NO. LA CV 17-06570-VBF (AGR) |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| SUPREME COURT OF CALIFORNIA, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings and Recommendation of United States Magistrate Judge, Denying the Habeas Corpus Petition, and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Jared Harris.**

Dated: January 23, 2018

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge